**Mihran MELKONYAN, Petitioner,**

v.

**Jefferson B. SESSIONS III, Attorney General, Respondent.**

No. 15-71037

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Inna Lipkin, Esquire, Counsel, Law Offices of Inna Lipkin, Redwood City, CA, for Petitioner

Sharon Michele Clay, Esquire, Trial Attorney, OIL, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel,

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Department of Homeland Security, San Francisco, CA, for Respondent

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Mihran Melkonyan, a native of the Soviet Union and a citizen of Armenia, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his applications for adjustment of status and a waiver under 8 U.S.C. § 1182(i). We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary denial of Melkonyan's application for a waiver of inadmissibility under 8 U.S.C. § 1182(i), where Melkonyan does not raise a colorable constitutional claim or question of law that would invoke our jurisdiction. *See* 8 U.S.C. §§ 1182(i)(2), 1252(a)(2)(B)(i); *Corona-Mendez v. Holder*, 593 F.3d 1143, 1146 (9th Cir. 2010).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

